**RECEIVED**
IN LAKE CHARLES, LA

JUL 21 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| JONIS PARISIEN | : | DOCKET NO. 2:09-cv-619 SECTION P |
|---|---|---|
| VS. | : | JUDGE TRIMBLE |
| ERIC HOLDER, ET AL. | : | MAGISTRATE JUDGE KAY |

## ORDER

Jonis Parisien filed a *habeas corpus* petition in the above-captioned matter on April 13, 2009. Doc. 1. On July 14, 2009, the government filed a Motion to Dismiss with exhibits, representing to the court that Mr. Parisien was removed from the United States on June 24, 2009. Doc. 10.

Accordingly, it is ORDERED that the matter is DISMISSED WITHOUT PREJUDICE. Should the representation made to the court by the government be without verity, petitioner Parisien shall notify the court and the action may be reopened for further proceedings.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, on this 21st day of July, 2009.

KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE